Before State Industrial Board, Respondent. Lebanon Hospital and Another, Appellants, v. Union Railway Company of New York City, Respondent.— Motion denied.

Before State Industrial Board, Respondent. William Lehman, Respondent, v. Braas Bros. Co., Inc., and Another, Appellants.— Decision reversed on the ground that there is no legal evidence to support the conclusion that it was in the interests of justice. All concur.

In the Matter of the Application of Josephine B. White for a Certiorari Order, Relator, against John F. Gilchrist and Others, Constituting the State Tax Commission of the State of New York, Respondents.— Motion denied.

In the Matter of Proving the Last Will and Testament of Mary E. Graham Phipps, Deceased.— Motion denied, with ten dollars costs.

In the Matter of the Application of the Board. of Education of Union Free School District No. 2 of the Town of Brookhaven, Suffolk County, and Others, Petitioners, for an Order of Certiorari to Review the Determination of Frank P. Graves, as Commissioner of Education of the State of New York, Respondent.— Determination annulled, with fifty dollars costs and disbursements, on the authority of our previous decision herein. (*Matter of District No. 2, Town of Brookhaven*, 214 App. Div. 40.) All concur, Cochrane, P. J., and Van Kirk, J., upon the grounds previously stated in the opinion of Van Kirk, J.; H. T. Kellogg and McCann, JJ., upon the grounds so stated and upon the further grounds previously stated in the opinion of H. T. Kellogg, J.; except Hinman, J., dissenting upon the grounds previously stated by him in his opinion.

In the Matter of the Application of Cold Spring Light, Heat and Power Company for an Order of Certiorari Directing William A. Prendergast and Others, Constituting the Public Service Commission of the State of New York, to Certify, etc., in the Matter of the Petition of Philipstown Electric Corporation for Permission to Construct an Electric Plant (Extension) in the Town of Philipstown and in the Village of Cold Spring, etc. Philipstown Electric Corporation, Intervenor. In the Matter of the Application of Cold Spring Light, Heat and Power Company for an Order of Certiorari, etc., in the Matter of the Petition of Cold Spring Light, Heat and Power Company for Permission to Construct an Electric Plant (Extension) in Portions of the Town of Philipstown, etc. Philipstown Electric Corporation, Intervenor.— Motion for stay denied. Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

Before State Industrial Board, Respondent. Mathilda Muller, Respondent, v. Henry R. Apel, Inc., and Another, Appellants.— Motion denied.

Before State Industrial Board, Respondent. Anna Moskol, Respondent, v. James J. Leamy and Another, Appellants.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that no written notice of the injury was given, and no finding having been made that the employer had knowledge of the accident, the failure to give notice has been improperly excused. All concur.

Before State Industrial Board, Respondent. Charles Mortensen, Respondent, v. Tebo Yacht Basin Company, Appellant.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that no written notice of the injury was given, and no finding